AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JIANGSU SAGA HOLDINGS CO., LTD )<br>*Plaintiff* )<br>v. )<br>E-Z APPAREL, LLC )<br>*Defendant* ) | Case No. 22-CV-5972 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

E-Z APPAREL, LLC, GABRIEL ZEITOUNI, CHARLES AZRAK.

Date: 09/29/2022

/S/ Joseph Lee Matalon
*Attorney's signature*

Joseph Lee Matalon
*Printed name and bar number*
Wachtel Missry LLP
885 Second Avenue
New York, New York 10017

*Address*

JLMatalon@wmllp.com
*E-mail address*

(212) 909-9675
*Telephone number*

*FAX number*