AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JIANGSU SAGA HOLDINGS CO., LTD | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-CV-5972 |
| E-Z APPAREL, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

E-Z APPAREL, LLC, GABRIEL ZEITOUNI, CHARLES AZRAK                                                .

Date:    09/29/2022

/S/ Joseph Lee Matalon
*Attorney's signature*

Joseph Lee Matalon
*Printed name and bar number*
Wachtel Missry LLP
885 Second Avenue
New York, New York 10017

*Address*

JLMatalon@wmllp.com
*E-mail address*

(212) 909-9675
*Telephone number*

*FAX number*