MEMO ENDORSED

# MATALONTAWIL

February 2, 2023

**VIA ECF**
Hon. Louis L. Stanton, U.S.D.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
Courtroom 21C
New York, New York 10007-1312
212-805-0123

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/23
```

RE: 1:22-cv-05972-LLS, Jiangsu Saga Holdings Co., Ltd. v. E-Z Apparel, LLC et al.

Dear Judge Stanton:

My firm represents defendants. The Court has scheduled a Rule 16(b) Conference in the referenced matter for February 17, 2023, at 12:00 p.m. Because of a scheduling conflict involving a planned vacation, I am writing to inquire whether the Court would be willing to conduct the conference via remote means.

Alternatively, should the Court prefer to conduct the Initial Conference in person, we respectfully request a brief adjournment of the conference. This is the first such request.

I have conferred with plaintiff's counsel, and he does not oppose the foregoing requests.

Respectfully,

*Joseph Lee Matalon*

Cc: All counsel (via ECF)

Feb. 3, 2023
The 16(b) conference is adjourned to Thursday February 23, 2023 at 2:30 P.M.

Louis L. Stanton

Matalon Tawil LLC • 1602 Lawrence Avenue, Suite 110 • Ocean, New Jersey 07712 • 212-244-9000